## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| JOHN P. WEST, | * |
| Plaintiff, | * |
| vs. | * |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | *   No. 4:13CV00211-KGB-JJV |
| Defendant. | * |

## ORDER

Although the Complaint in this case was filed April 10, 2013, no proof of service has been filed to indicate proper service was obtained on Defendant, as required by FED. R. CIV. P. 4(l).

Under these circumstances, the Complaint is subject to dismissal. FED. R. CIV. P. 4(m); *Bryant v. Brooklyn Barbecue Corp.*, 932 F.2d 697, 698 (8th Cir.), *cert. denied*, 502 U.S. 1005 (1991); *Ouzts v. Cummins*, 825 F.2d 1276, 1278 (8th Cir. 1987).

Plaintiff must file proof of service with the Court within thirty (30) days of the date of this Order, or the Complaint will be dismissed.

IT IS SO ORDERED this 12th day of August, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE